AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| MAURILIO TOJ SABANA, YONQUER BARRIOS, and JOSEFA YAGUI, individually and on behalf of others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>REPUBLIC BAR AND LOUNGE INC. (d/b/a REPUBLIC LATIN FUSION), SYED HOSSIN and CHRISTIAN ALMONT<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  25-cv-2674 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  see attached rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael Faillace
Michael Faillace & Associates, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  5/13/2025

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MAURILIO TOJ SABANA, YONQUER BARRIOS,
and JOSEFA YAGUI, *individually and on behalf of
others similarly situated,*

       *Plaintiffs,*

    -against-

REPUBLIC BAR AND LOUNGE INC. (d/b/a
REPUBLIC LATIN FUSION), SYED HOSSIN and
CHRISTIAN ALMONT

       *Defendants.*
------------------------------------------------------------------X

**Index No.**

RIDER TO REQUEST FOR SUMMONS


REPUBLIC BAR AND LOUNGE INC. (d/b/a REPUBLIC LATIN FUSION),
181 N. 10th Street,
Brooklyn, NY 11211


SYED HOSSIN
181 N. 10th Street,
Brooklyn, NY 11211


CHRISTIAN ALMONT
181 N. 10th Street,
Brooklyn, NY 11211